```
1  WILLIAM M. KUNTZ  # 153052
   Attorney at Law
2  4780 Arlington Avenue
   Riverside, CA 92504
3  (951) 343-3400
   Fax (951) 343-4004
4  E-Mail: KuntzSSlaw @sbcglobal.net
   Attorney for Plaintiff
```

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| JOANELLE PEARL QUIJADA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ANDREW SAUL[1], Commissioner of<br>Social Security Administration,<br><br>　　　　Defendant. | CASE NO.: EDCV18-02077-DFM<br><br>[~~PROPOSED~~] ORDER AWARDING<br>EAJA FEES |

　　　Based upon the parties' Stipulation for Award and Payment of Equal Access to Justice Act (EAJA) Fees ("Stipulation"),

　　　**IT IS ORDERED** that Plaintiff shall be awarded attorney fees under the Equal Access to Justice Act, ("EAJA") in the amount of ONE THOUSAND FIVE HUNDRED SEVENTY-ONE DOLLARS and 50/cents ($1,571.50), as authorized by 28 U.S.C. § 2412 (d), and subject to the terms and conditions of the Stipulation.

　　　DATED: June 10, 2019

　　　　　　　　　　　　　　　　HONORABLE DOUGLAS F. McCORMICK
　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

---

[1] Andrew Saul is now the Commissioner of the Social Security Administration. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Andrew Saul should be substituted for Acting Commissioner Nancy A. Berryhill as the defendant in this suit. No further action needs to be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).